# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00117-CV

**Laura Celestine Alvarez, Appellant**

**v.**

**Santos Gamez Alvarez, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
## NO. 11-1390-FC1, HONORABLE TAMARA ARRINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on February 20, 2015. On May 4, the trial court clerk sent us notice that appellant had not made arrangements to pay for the clerk's record, despite three notices. On May 6, we sent appellant notice that the clerk's record was overdue and that she was to make payment arrangements and provide a satisfactory response by May 18. To date, appellant has not replied to our notice. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed for Want of Prosecution

Filed: June 19, 2015